IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ITL INTERNATIONAL, INC., d/b/a § <br> MARS CARIBBEAN AND CENTRAL § <br> AMERICA, f/k/a MASTER FOODS § <br> INTERAMERICA, and MARS, INC. § <br> § <br> v. § <br> § <br> CAFÉ SOLUBLE, S.A. § | | PLAINTIFFS <br><br><br><br><br> CAUSE NO. 1:10CV477 LG-RHW <br><br> DEFENDANT |

## ORDER GRANTING PLAINTIFFS' RULE 58(d) MOTION

BEFORE THE COURT is the Motion [33] for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58(d), filed by the Plaintiffs, ITL International, Inc. and Mars, Incorporated. The Court entered a Memorandum Opinion and Order dismissing certain of Plaintiffs' claims with prejudice and dismissing a trademark claim without prejudice. Plaintiffs were granted leave to file an amended complaint as to the trademark claim within 20 days. Plaintiffs state that they have elected to stand on their First Amended Complaint and request that the Court enter judgment so that they may have an appealable final order. The Court finds the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion [33] for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58(d), filed by the Plaintiffs, ITL International, Inc. and Mars, Incorporated, is **GRANTED**. A separate judgment will issue.

**SO ORDERED AND ADJUDGED** this the 17th day of May, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE