IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ITL INTERNATIONAL, INC., d/b/a § | | |
| MARS CARIBBEAN AND CENTRAL § | | |
| AMERICA, f/k/a MASTER FOODS § | | |
| INTERAMERICA, and MARS, INC. § | | PLAINTIFFS |
| §  | | |
| v. § | | CAUSE NO. 1:10CV477 LG-RHW |
| § | | |
| CAFÉ SOLUBLE, S.A. § | | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on Defendant's Motion to Dismiss and the Plaintiffs' Response, the Court, after a review and consideration of the Motion and pleadings on file, finds that in accord with the Order entered on April 18, 2011,

IT IS ORDERED AND ADJUDGED that judgment is rendered in favor of the Defendant pursuant to Fed. R. Civ. P. 12.  Plaintiffs' trademark claim is dismissed without prejudice.  The remaining claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 17th day of May, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE